# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>EDWARD DEVON ADAMS,<br><br>  Defendant. | No. 16-CR-1016-LTS<br><br>**ORDER** |

_____

On September 5, 2018, this matter came on for a preliminary hearing on Petition to Revoke Supervision (Doc. 53), and a hearing on the government's request to have defendant detained pending a revocation hearing before Chief Judge Leonard T. Strand on September 19, 2018. The government was represented by Assistant United States Attorney Tim Vavricek. Defendant appeared personally and was represented by his attorney, Alison Guernsey, assisted by University of Iowa College of Law students Ridhi Madia and Ariana Chronis, (with defendant's consent).

For the reasons stated by the Court on the record at the time of hearing, the Court (1) **finds probable cause** to believe defendant violated the conditions of release by engaging in new law violations of Interference with Official Acts and Disorderly Conduct, but does not find probable cause to believe defendant committed the crime of public intoxication; and (2) **grants** the government's request for detention, finding the defendant carried his burden of proving by clear and convincing evidence that he does not pose a risk of nonappearance, but finding he failed to carry his burden of providing by clear and convincing evidence that he does not pose a danger to the community.

Defendant shall be detained and remain in the custody of the United States Marshal pending a final revocation of supervised release hearing scheduled for September 19, 2018, before Chief Judge Strand.

**IT IS SO ORDERED** this 5th day of September, 2018.

_____
C.J. Williams
Chief United States Magistrate Judge
Northern District of Iowa